# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

RALPH GREEN                                                                   PETITIONER

v.                                                                          No. 1:94CR1-B

UNITED STATES OF AMERICA                                                      RESPONDENT

## MEMORANDUM OPINION

This matter comes before the court on the June 27, 2005, motion of *pro se* petitioner Ralph Green for a writ of *habeas corpus* under 28 U.S.C. § 2255. On March 16, 1995, a jury found the petitioner guilty of violating 21 U.S.C. § 841, conspiracy to possess cocaine with the intent to distribute it in violation of 21 U.S.C. § 846. In its judgment entered July 12, 1995, the court sentenced the petition to 292 months imprisonment, five years of supervised release, a $1,000.00 fine, and a special assessment of $100.00. The petitioner appealed the judgment on July 19, 1995. The Fifth Circuit Court of Appeals affirmed the conviction and sentence of the petitioner on January 30, 1997. The petitioner filed a petition for a writ of *certiorari*, which the United States Supreme Court denied on May 9, 1997. Ralph Green filed the instant petition for a writ of *habeas corpus* June 27, 2005. For the reasons set forth below, the instant petition shall be denied.

## Discussion

The petitioner argues that he was sentenced improperly because the length of his sentence was based in part on facts not determined by a jury or admitted during sentencing, but instead contained in his Pre-Sentence Investigation Report, citing *United States v Booker*, 125 S.Ct 738 (2005). The petitioner seeks a new sentence based upon the holding in *Booker*. For the reasons

set forth below, the instant petition shall be denied. *Booker* applies only to those cases "pending on direct review or not yet final on January 12, 2005." *United States v. Madrigal*, 2005 WL 913476 (5th Cir.). The petitioner's case was final long before the January 12, 2005, cutoff date, as the United State Supreme Court denied *certiorari* on May 9, 1997. As such, the instant case is not one to which *Booker* applies, and the instant petition for a writ of *habeas corpus* under 28 U.S.C. § 2255 shall be dismissed with prejudice. A final judgment consistent with this memorandum opinion shall issue today.

**SO ORDERED,** this the 5th day of June, 2006.

/s/ Neal Biggers

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE